IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INSURANCE COMPANY OF THE WEST,
a California corporation,

    Plaintiff,

vs.                                                                                                  No. CIV 13-0906 JB/KBM

BAR J. SAND & GRAVEL, INC., a New Mexico corporation,
BAR J. TRUCKING, INC., a New Mexico corporation,
BARBARA A. JACQUES, individually,
ELIZABETH J. JACQUEZ, individually,
GENE H. JACQUEZ, individually,
LOUIS R. JACQUES, individually,
MCT INDUSTRIES, INC., a New Mexico corporation,
MCT LEASING COMPANY, INC., a New Mexico corporation,
MCT TRANSPORTATION, Inc., a New Mexico corporation,
TED R. MARTINEZ a/k/a THEODORE
R. MARTINEZ, individually,
ANEDINA E. MARTINEZ, individually,

    Defendants.

## **FINAL JUDGMENT**

    **THIS MATTER** comes before the Court on its Order Granting Stipulated Motion to Dismiss Without Prejudice All Claims Against Defendants, filed April 15, 2014 (Doc. 20)("Stipulated Order"), in which the Court dismissed Plaintiff Insurance Company of the West's claims against Defendants Bar J. Sand & Gravel, Inc., Bar J. Trucking, Inc., Barbara A. Jacques, Elizabeth J. Jacquez, Gene H. Jacquez, Louis R. Jacques, MCT Industries, Inc., MCT Leasing Company, Inc., MCT Transportation, Inc., Ted R. Martinez, and Anedina E. Martinez without prejudice. Stipulated Order at 1. Because the Stipulated Order disposes of all claims and parties before the Court, entry of final judgment is appropriate.

    **IT IS ORDERED** that Plaintiff Insurance Company of the West's claims against

Defendants Bar J. Sand & Gravel, Inc., Bar J. Trucking, Inc., Barbara A. Jacques, Elizabeth J. Jacquez, Gene H. Jacquez, Louis R. Jacques, MCT Industries, Inc., MCT Leasing Company, Inc., MCT Transportation, Inc., Ted R. Martinez, and Anedina E. Martinez are dismissed without prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Connor L. Cantrell
The Hustead Law Firm
Denver, Colorado

 *Attorneys for the Plaintiff*

Clifford K. Atkinson
Douglas A. Baker
Atkinson, Thal & Baker, PC
Albuquerque, New Mexico

 *Attorneys for Defendants Bar J. Sand & Gravel, Inc., MCT Industries, Inc., MCT Leasing Company, MCT Transportation, Inc., Ted R. Martinez, Anedina E. Martinez*

Paul G. Bardacke
Kerry C. Kiernan
Travis R. Steele
Sutin, Thayer & Browne, A Professional Corporation
Albuquerque, New Mexico

 *Attorneys for Defendants Bar J. Trucking, Inc. Barbara A. Jacques, Elizabeth J. Jacquez, Gene H. Jacquez, Louis R. Jacques*